IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:09CR212-1 |
| CHARLES EDWARD RHODES | : |

FILED JUN 29 2009

The Grand Jury charges:

On or about September 2, 2008, in the County of Rowan, in the Middle District of North Carolina, CHARLES EDWARD RHODES, having been convicted on July 23, 1992, in the United States District Court for the Middle District of North Carolina, Greensboro, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, that is, bank robbery, did knowingly possess in commerce and affecting commerce firearms, that is, a Raven Arms .25 caliber semiautomatic pistol, model MP25, serial number 448169; an FIE .380 caliber semiautomatic pistol, model GT380LW, serial number BH13976; and a Revelation 12 gauge shotgun, serial number H550123;

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY