IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,                )
                                          )
                                          )
          vs.                             ) ~~1:09cr219~~
                                          ) 1:09CR217
Charles Edward Rhodes,                    )
                                          )
          Defendant.                      )



## NOTICE OF APPEAL

Notice is hereby given that Charles Edward Rhodes, the defendant in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action.

3/24, 2010.

Charles Edward Rhodes

Mail to:

**United States District Court
Middle District of North Carolina
324 West Market Street, Suite 401
Greensboro, NC 27401**