Charles Rhodes
411 Hackert Ave.
Salisbury NC 28144

RECEIVED
In This Office
MAR 26 2010
CLERK, U.S. DISTRICT COURT
GREENSBORO, N.C.

United States District Court
Middle District of North Carolina
314 West Market Street, Suite 401
Greensboro, NC 27401